# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0370

VERSUS

GLEN THOMPKINS A/K/A GLENN            **AUGUST 3, 2021**
THOMPKINS

---

In Re:    Glen Thompkins a/k/a Glenn Thompkins, applying for
          supervisory writs, 17th Judicial District Court,
          Parish of Lafourche, No. 558,909.

---

**BEFORE:  WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT DENIED.** An evaluation of the facts and circumstances surrounding the multiple offender proceedings in this case show that the delay in adjudicating relator as a habitual offender was reasonable. There is nothing in the record to establish any abusive or vindictive behavior on the part of the State. See **State v. Muhammad,** 2003-2991 (La. 5/25/04), 875 So.2d 45; **State v. Broussard,** 416 So.2d 109, 110 (La. 1982). Accordingly, the district court did not err by denying relator's "Petition for Writ of Habeas Corpus" or his "Motion to Vacate Habitual Offender Adjudication and Vacate an Illegal Habitual Offender Sentence."

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT